UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

DATAART ENTERPRISES, INC.,

              Plaintiff,

-against-

OLEG ROMASHIN, ANTON ROGAINIS and
DMITRY ROZHKOV,

             Defendants.
----------------------------------------x

Index No. 07CIV7643

ECF CASE (LP)

RULE 7.1 STATEMENT

07 CIV 7643

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff DataArt Enterprises, Inc. ("DataArt")(a private non-governmental party), certifies that DataArt does not have a parent corporation and no publicly held corporation owns more than 10% of its stock.

Dated: New York, New York
      August 27, 2007

                              LYNCH ROWIN LLP

                              By: _____
                                 Marc Rowin (MR 6758)
                            630 Third Avenue
                            New York, New York 10017
                            (212) 682-4001
                            Attorneys for Plaintiff DataArt
                              Enterprises, Inc.