# UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DATAART ENTERPRISES, INC.<br>　　　PLAINTIFF/PETITIONER<br>VS.<br>OLEG ROMASHIN, ANTON ROGAINIS and DMITRY ROZHKOV<br>　　　DEFENDANT/RESPONDENT | CAUSE #:  07 CIV 7643<br><br>CERTIFICATE OF SERVICE |

This service has been completed in compliance with the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters (Done at The Hague November 15, 1965) (Entered Into Force for the U.S. on February 10, 1969). The Certificate of Service attached is also in compliance.

ABC Legal Services, Inc.
633 Yesler Way Seattle, WA 98104
206 521-9000
TRACKING #: 4801962

**ORIGINAL**
**PROOF OF SERVICE**

LYNCH ROWIN LLP
630 THRID AVE.
NEW YORK, NY 10017
212 682 4001
Page 1 of 1
OR_WGENEVA

# CERTIFICATE

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**

1) that the document has been served*
   the (date) _____15 October 2007_____
   at (place, street, number) _____Espoo_____

   in one of the following methods authorized by article 5:

   [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*

   [ ] (b) in accordance with the following particular method:*

   [ ] (c) by delivery to the addressee, who accepted it voluntarily.*

   The documents referred to in the request have been delivered to:
   (identity and description of person)
   _____Anton Rogainis in person_____

   relationship to the addressee family, business, or other

2) that the document has not been served, by reason of the following facts:*

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement.***

Annexes

Documents returned:

Done at _____Helsinki_____, the _____19 October 2007_____

Signature and/or stamp

_____Legal Adviser        [signature] rhinen_____

In appropriate cases, documents establishing the service:

TRACKING #: 4801962

USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| **Rick Hamilton**<br>**633 Yesler Way**<br>**Seattle, WA 98104**<br>**United States of America**<br><br>Authorized applicant pursuant to public law 97-351 of Feb. 26, 1983 which amended rule 4(c) 2(a) Federal Rules of Civil Procedure | MINISTRY OF JUSTICE OF FINLAND<br>10 ETELAESPLANDI<br>HELSINKI 00013 |

The undersigned applicant has the honour to transmit-in-duplicate the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.;
(identity and address)

**ANTON ROGAINIS**
**C/O NOMOVOK LTD.**
**KEILASATAMA 3**
**FI-02150, ESPOO**
**FINLAND**

DOB:            Phone:

☐ (a) in accordance with the provisons of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*

☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5):*

_____
_____

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of aticle 5).*

The authority is requested to return or to have returned to the applicant a copy of the documents – and of the annexes* – with a certificate as provided on the reverse side.

Hearing Date:

List of documents:

**SUMMON IN A CIVIL ACTION; COMPLAINT (SUBMITTED IN DUPLICATE WITH TRANSLATIONS)**

Done at Seattle, Washington USA, on Sep 20 2007

Signature and/or stamp

TRACKING #: 4801962

USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally _____ 116 _____ may _____ be used)
* Delete if inappropriate

# SUMMARY OF THE DOCUMENT TO BE SERVED

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

(article 5, fourth paragraph)

Name and address of the requesting authority:   Rick Hamilton
633 Yesler Way
Seattle, WA 98104
United States of America

Particulars of the parties:
DATAART ENTERPRISES, INC.   vs.   OLEG ROMASHIN, ANTON ROGAINIS and DMITRY ROZHKOV

## JUDICIAL DOCUMENT*

Nature of the document:
To give notice to the Defendants of the institution against them of a claim for civil damages, and summon them to answer to the claim.

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
Plaintiff is seeking an injuctive judgment and to recover civil damages, amount to be determined in court.

Date and place for entering appearance:*
Defendants have thirty days from receipt of the Summons to answer to the claim, address is noted on the Summons.

Court which has given judgment:*
n/a

Date of judgment:*
n/a

Time limits stated in the document:*
    Hearing Date:

## EXTRAJUDICIAL DOCUMENT*

Name and purpose of the document:
n/a

Time limits stated in the document:*
n/a