# LYNCH ROWIN LLP

630 Third Avenue
New York, New York 10017

Telephone (212) 682-4001
Fax (212) 682-4003
www.lynchrowin.com

MARC ROWIN
PARTNER
mrowin@lynchrowin.com

January 14, 2008

VIA ECF SYSTEM

Honorable Loretta A. Preska
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    DataArt Enterprises, Inc. v. Romashin
             07-CV-07643 (LAP)
             Our File No. 1715-04

Dear Judge Preska:

    This firm represents plaintiff DataArt Enterprises, Inc.

    On January 3, 2008, I contacted chambers to find out whether a preliminary conference had been scheduled. I was advised that no conference had been scheduled because the Court was under the impression that the defendants had not answered, as no answer had been filed with the Clerk or sent to Chambers. In fact, an answer had been served upon my firm on November 26, 2007 by the Law Offices of Victor A. Worms, P.C.

    Following my conversation with Chambers, I sent the enclosed e-mail to defendants' counsel asking him to file the answer and send a courtesy copy to Chambers. However, I have not received a response to my e-mail and do not believe that defendants have filed their pleading.

    Accordingly, I am enclosing a copy of the defendants' answer. It is respectfully

2

requested that a preliminary conference be scheduled for the earliest possible date.

Respectfully yours,

Marc Rowin

MR:ps
cc: Victor A. Worms, Esq. (Via E-Mail)(w/o encls.)