## Marc Rowin

**From:** Marc Rowin
**Sent:** Thursday, January 03, 2008 3:23 PM
**To:** 'vworms@victorawormspc.com'
**Subject:** RE: Dataart Enterprises v. Romashin, et. al.

Dear Mr. Worms:

I called Judge Preska's chambers today to find out when the court would be calling us in for a scheduling conference. The judge's clerk said that no conference date had been set because the court did not have any record of the answer having been filed. I suggest that you file the answer with the clerk and send a courtesy copy to Judge Preska, as her rules require.

Thank you.

Marc Rowin, Esq.
Lynch Rowin LLP
630 Third Avenue
New York, New York 10017
(212) 682-4001
www.lynchrowin.com

**From:** vworms@victorawormspc.com [mailto:vworms@victorawormspc.com]
**Sent:** Monday, November 26, 2007 5:16 PM
**To:** Marc Rowin
**Subject:** Dataart Enterprises v. Romashin, et. al.

Dear Mr. Rowin:

Attached please find a copy of the answer in the above-referenced action.

Victor A. Worms, Esq.
Law Offices of Victor A. Worms, P.C.
305 Broadway, Suite 1100
New York, New York 10007
(212)374-9590
Fax: (212) 591-6188